IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00560-WJM-MJW

ROBERT STAMEY,

Plaintiff,

v.

NATIONAL GENERAL INSURANCE COMPANY,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that:

- Plaintiff's Motion to Amend Complaint (Docket No. 22) is GRANTED, finding no objection from Defendant and that leave shall be freely given under Fed. R. Civ. P. 15; and

- Plaintiff's Amended Complaint (Docket No. 22-1) is ACCEPTED FOR FILING.

The Court notes that this motion comes nearly four months after the deadline for amending pleadings in the Scheduling Order (Docket No. 19) and that no attempt has been made to establish excusable neglect and good cause under Fed. R. Civ. P. 6(b)(1)(B) and 16(b)(4). Nonetheless, because Defendant does not object and because the Court finds that narrowing the issues in dispute will neither prejudice any party nor negatively impact judicial economy, the Court grants the motion.

Date: November 19, 2015